UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Two Plus Two Publishing, LLC a Nevada limited liability company;<br><br>    Plaintiff,<br><br>v.<br><br>Anthony Scocozza, an individual.<br><br>    Defendant. | Case No. 2:09-cv-02304-HDM-LRL<br><br>ORDER GRANTING<br>DEFAULT JUDGMENT |

UPON CONSIDERATION OF Plaintiff Two Plus Two Publishing LLC's ("Two Plus Two" or "Plaintiff") Motion for Default Judgment and an Award of Attorney's Fees and Costs ("the Motion") against Defendant Anthony Scocozza, (a/k/a Anthony Scocozzo) (collectively, "Defendant"), the accompanying memorandum of points and authorities, the record in this action, the September 29, 2011, hearing on this matter, and for other good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a permanent injunction is GRANTED prohibiting Defendant from using any of Plaintiff's TWO PLUS TWO trademarks or confusingly similar variations thereof in commerce (including but not limited to Defendant's websites and domain names) and from registering, owning, leasing, or selling any domain names containing Plaintiff's trademarks or any confusingly similar variations thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the current registrar of the <twoplustwo.me> domain name at issue immediately transfer the domain name to Plaintiff's ownership and control.

1.

ORDER GRANTING DEFAULT JUDGMENT

2.

1   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant shall pay Plaintiff
2   the sum of $50,000.00 in statutory damages pursuant to violation of the Anti-Cybersquatting
3   Consumer Protection Act.
4   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant shall pay Plaintiff
5   the sum of $100,000.00 in statutory damages pursuant to violation of the Copyright Act.
6   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant shall pay Plaintiff
7   the sum of $3,247.08 in attorneys' fees and costs incurred in the prosecution of this matter by
8   Plaintiff.

_____
UNITED STATES DISTRICT JUDGE
Dated:   October 4, 2011